UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN INFERTILITY OF NEW YORK, P.C., d/b/a The Center for Human Reproduction, and FERTILITY NUTRACEUTICALS, LLC,

    Plaintiffs,

v.

CNY FERTILITY, PLLC, d/b/a CNY Fertility Center,

    Defendant.

Case No.: 1:21-cv-05566-JMF

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT Jeremy P. Oczek, Esq. of Bond, Schoeneck & King, PLLC appears as attorney of record on behalf of Defendant CNY Fertility, PLLC, d/b/a CNY Fertility Center in the above-captioned matter.

Dated: February 11, 2022

Respectfully submitted,

*s/ Jeremy P. Oczek*

Jeremy P. Oczek (JO1975)
BOND, SCHOENECK & KING, PLLC
200 Delaware Avenue
Buffalo, New York 14202
Telephone: (716) 416-7037
Email: jpoczek@bsk.com

*Counsel for Defendant, CNY Fertility, PLLC d/b/a CNY Fertility Center*